AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Alfredo GARZA JR**<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)     Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**November 13, 2021**_____ in the county of _____**Webb**_____ in the

____**Southern**___ District of _____**Texas**_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Brandy M. Ochoa-Hauser
_____
*Complainant's signature*

Brandy M. Ochoa-Hauser       Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  November 16, 2021
_____

_____
*Judge's signature*

City and state:  Laredo, Texas
_____

Diana Song Quiroga     , U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Alfredo GARZA JR

**CRIMINAL COMPLAINT**

Case Number:

1.      On November 13, 2021 at approximately 7:35 p.m., a Border Patrol Agent (BPA) working the Laredo North Checkpoint located at the 29 mile marker of IH-35 near Laredo, Texas in Webb County, encountered a gray pick-up truck to be inspected. The BPA greeted the driver, later identified as Alfredo Garza Jr., by asking him how he is doing. Garza Jr. stated he was in a hurry. The BPA asked Garza Jr. for identification and Garza Jr. presented a valid Texas Driver's License. The BPA began his inspection on the rear seat passenger, later identified as Jose David Cabanas-Hernandez, by asking him how he was doing and Cabanas-Hernandez did not reply. The BPA asked Cabanas-Hernandez in the Spanish language if he had identification and Cabanas-Hernandez stated it was at his house. The BPA asked the front seat passenger, later identified as Osvaldo Diaz-Diaz, for identification and Diaz-Diaz did not reply. The BPA asked again in the Spanish language and Diaz-Diaz stated it was at his house. The BPA was not satisfied with his immigration inspection and referred the vehicle to secondary for further inspection.

2.      At secondary, BPAs requested all the subjects exit the vehicle and began further questioning of the passengers regarding their immigration status. It was determined Garza Jr. was a United States Citizen. Cabanas-Hernandez and Diaz-Diaz freely admitted they were illegally present in the United States. All subjects were placed under arrest and escorted into the checkpoint for further investigation. While the case was being processed, it was discovered Alfredo Garza Jr. was arrested for Transporting Aliens on October 9, 2021, but prosecution was not sought.

3.      PRINCIPAL STATEMENT: Alfredo Garza Jr., a United States Citizen, was provided his Miranda Rights and acknowledged he understood them by signing service for I-214. Alfredo Garza Jr. chose to invoke his right to remain silent. At that time all questioning ceased.

4.      MATERIAL WITNESS STATEMENT: Jose David Cabanas-Hernandez, is a Mexican national who admitted being in the United States illegally and is serving as a material witness in the alien smuggling case against Alfredo Garza Jr. Cabanas-Hernandez was able to positively identify Alfredo Garza Jr., as the driver of the pick-up truck in a six person photo lineup. Cabanas-Hernandez stated he was going to pay Alfredo Garza Jr. $5,000.00 United States Dollars (USD) to be smuggled to San Antonio, Texas. On November 13, 2021, Cabanas-Hernandez illegally crossed the Rio Grande River from Mexico to the United States near Laredo, Texas. Upon arrival to the United States, he walked for approximately two hours before being picked up by a vehicle that took him to a house. Cabanas-Hernandez stated later that afternoon he left the house with the other subject he was arrested with and entered a gray pick-up truck waiting outside. Cabanas-Hernandez sat in the back seat and a man (Garza Jr.) entered the truck and sat in the driver's seat and drove off. When they approached the checkpoint, Garza Jr. instructed them to say "Yeah" to any question the BPAs ask them. Cabanas-Hernandez stated Garza Jr. gave him boots and a long sleeve shirt to wear before arriving at the checkpoint. Cabanas-Hernandez stated he believes Garza Jr. knew he was illegally present in the United States.

5.      MATERIAL WITNESS STATEMENT: Osvaldo Diaz-Diaz, is a Mexican national who admitted being in the United States illegally and is serving as a material witness in the alien smuggling case against Alfredo Garza Jr.

Diaz-Diaz was able to positively identify Alfredo Garza Jr., as the driver of the pick-up truck in a six person photo lineup. Diaz-Diaz., stated a family member paid $1,000.00 USD for him to be smuggled into the United States. On November 13, 2021, Diaz-Diaz illegally crossed the Rio Grande River from Mexico to the United States near Laredo, Texas. Upon arrival to the United States, he ran across a park with the guide who told him to get clothes from a nearby trash can and change into them. Once Diaz-Diaz changed clothes, he was instructed to look for a parked gray pick-up truck to enter. Once Diaz-Diaz identified the truck, he entered and sat in the front passenger seat. Shortly after the driver, Garza Jr., entered the truck and then a second subject entered the back seat of the pick-up truck. Diaz-Diaz stated Garza Jr. was going to drive him to San Antonio, Texas.

SUBSCRIBED and SWORN to before me on

_____.16th_____ day of _____November, 2021_____

_____
Signature of Judicial Officer

/S/ Ochoa-Hauser, Brandy M.    Border Patrol Agent
Signature of Complainant